1 | THOMAS P. O'BRIEN
United States Attorney
2 | LEON W. WEIDMAN
Assistant United States Attorney
3 | Chief, Civil Division
MARCUS M. KERNER
4 | Assistant United States Attorney
SBN 107014
5 |     411 WEST 4TH STREET, ROOM 8000
SANTA ANA, CA 92701
6 |     Telephone: (714) 338-3532
Facsimile: (714) 338-3523
7 |     E-mail: marcus.kerner@usdoj.gov

JS - 6

8 | Attorneys for Defendant

9 |              UNITED STATES DISTRICT COURT

10 |         FOR THE CENTRAL DISTRICT OF CALIFORNIA

11 |                SOUTHERN DIVISION

12 | KENNETH ZIMMET,              )     NO. SA CV 05-0566 DOC (MLGx)
                                 )
13 |      Plaintiff,             )
                                 )
14 |      v.                     )     ORDER APPROVING STIPULATION
                                 )     FOR COMPROMISE SETTLEMENT AND
15 | UNITED STATES OF AMERICA,   )     DISMISSAL OF ACTION
                                 )
16 |      Defendant.             )
                                 )

17 |

18 |      Pursuant to the parties' stipulation for compromise

19 | SETTLEMENT,

20 | IT IS HEREBY ORDERED:

21 |      1.   Plaintiff's action is dismissed with prejudice in its

22 |           entirety;

23 |      2.   Each party shall bear their own costs of suit.

24 | DATED:  June 17, 2008

25 |

26 |                        _David O. Carter_

27 |                    UNITED STATES DISTRICT JUDGE

28 |

1   PRESENTED BY:

2   THOMAS P. O'BRIEN
    United States Attorney
3   LEON W. WEIDMAN
    Assistant United States Attorney
4   Chief, Civil Division

5

6    /s/ MMK
    MARCUS M. KERNER
7   Assistant United States Attorney

8   Attorneys for Defendant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28